# United States Court of Appeals
## For the First Circuit

No. 06-2176

UNITED STATES OF AMERICA,

Appellee,

v.

JUAN C. RODRIGUEZ-FERREIRA,

Defendant-Appellant.

**ERRATA SHEET**

The opinion of this Court issued on June 30, 2008, is corrected as follows:

On page 8, line 23, change "July 3, 2003" to "July 2, 2003"